**DENIED.**

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA     upon the relation and     for the use of the TENNESSEE VALLEY AUTHORITY     Plaintiff, | ) ) ) ) ) ) | |
| vs. | ) ) | Civil Action No. 3:07-cv-485 Judge Wiseman |
| AN EASEMENT AND RIGHT-OF-WAY OVER 2.11 ACRE OF LAND, MORE OR LESS, IN WILLIAMSON COUNTY, TENNESSEE | ) ) ) ) ) | |
| RONALD WINDROW, ET AL.     Defendants. | ) ) | |

## MOTION

Come Ronald and Sherry Windrow, by and through counsel and move the Commission and/or the District Court to remove unread by any Commissioners from the Witness and Exhibit List filed on behalf of TVA the document consisting of a cover letter from Gary R. Standifer which described the attached pages as being an analysis of Mr. S. Todd Rogers' appraisal report on the Windrow property along with Mr. Standifer's conclusions as to that report by Mr. Rogers. The letter did state that "[t]his supplemental letter should be attached to the above referenced report [referring to Mr. Standifer's original report on the value of the Windrow property/damages]."[1]

---

[1] A copy of the cover letter from Mr. Standifer, but not of the attachments, is provided herein as Exhibit A. If the District Court and/or the Chairman of the Commission feel that it would be necessary to review the attachments to the letter